Petition for Writ of Mandamus Denied and
Memorandum Opinion filed December 31, 2009

                                                                  

                                   

In
The

Fourteenth
Court of Appeals



NO. 14-09-00988-CR



 

In Re Michael Wayne McVicker,
Relator



 



ORIGINAL
PROCEEDING



WRIT OF MANDAMUS



MEMORANDUM
 OPINION

On November 20, 2009, relator, Michael Wayne McVicker,
filed a petition for writ of mandamus in this Court.  See Tex. Gov’t
Code Ann. §22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the
petition, relator asks this Court to compel the Honorable Belinda Hill,
presiding judge of the 230th District Court of Harris County, to rule on his
motion for judgment nunc pro tunc for additional time credit.

On November 16, 2009, the trial court signed an order
granting credit for jail time nunc pro tunc.  Relator’s request for relief is
moot.

Accordingly, we deny relator’s petition for writ of
mandamus.

                                                                                    PER
CURIAM

Panel consists of Justices Yates, Frost, and Brown.

Do Not Publish — Tex. R. App. P. 47.2(b).